IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNNY A. SELLERS,

    Plaintiff,

v.                                      Case No.  20-cv-578-jdp

MR. FITZPATRICK, MS. BUCHANAN,
MS. APRIL, DR. RIBAULT, B. ALT, and
D. VALLRICES,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | February 8, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |